UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CR-86-D-4

UNITED STATES OF AMERICA

v.

CHRISTINA MONIQUE CAPERS

ORDER TO SEAL

On motion of the Defendant, Christina Monique Capers, and for good cause shown, it is

hereby ORDERED that the **[DE154]** be sealed until further notice by this Court.

SO ORDERED. This _13_ day of February 2017.

JAMES C. DEVER III
Chief United States District Judge