UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CR-86-D-4

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| CHRISTINA MONIQUE CAPERS | |

This matter is before the Court on the defendant's Unopposed Motion for Early Termination of Supervised Release. Upon good cause shown, it is hereby ORDERED that the offender be discharged from supervision and that the proceedings in the case be terminated.

SO ORDERED.

This 26 day of February, 2021.

JAMES C. DEVER III
United States District Judge